UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK MONACO BAZZO,<br>Plaintiff,<br>v.<br>BERNARDO SUAZO, O' BRIAN BAILEY, AND RUBEN MARTINEZ,<br>Defendants. | Case No. 1:26-cv-01426-JLT-HBK (PC)<br>ORDER TERMINATING PLAINTIFF'S FILING TITLED "REMOVAL OF FEDERAL ANCHORS"<br>AUGUST 24, 2026 DEADLINE<br>(Doc. 17) |

Plaintiff, a prisoner, is proceeding pro se in this action, which was removed to this Court by Defendants from Madera Superior Court on the basis of federal question jurisdiction. (Doc. 1). In its July 9, 2026 screening order under 28 U.S.C. § 1915A, the Court previously determined the complaint failed to allege any cognizable claim against any named Defendant. (Doc. 16). The Court directed Plaintiff, no later than August 14, 2026, to select one of three options: (1) file a First Amended Complaint; (2) file a Notice Under Rule 41(a)(1) stating that he voluntarily dismisses this action; or (3) file a Notice to Stand on Complaint subject to the undersigned issuing Findings and Recommendations to the district court consistent with the screening order. (*Id*. at 9).

In response, Plaintiff has filed a three-page document entitled "Removal of Federal Anchors," in which he expresses an intent to file an amended complaint at some point in the future to remove his federal claims but does not set forth an amended complaint or any operative

claims. The filing does not comply with the Court's prior order and does not constitute a proper amended pleading under Federal Rule of Civil Procedure 8 or 15.

Accordingly, IT IS HEREBY ORDERED:

1. Plaintiff's filing titled "Removal of Federal Anchors" (Doc. 17) is accepted on the docket as a notice but is not deemed an amended complaint and has **no effect** on the operative claims in this action.
2. The Clerk of Court shall terminate the motion associated with the notice (Doc. 17).
3. Plaintiff shall, on or before August 24, 2026, either: (a) a First Amended Complaint; (b) a "Notice Under Rule 41(a)(1)"; or (c) a "Notice to Stand on Complaint."
4. Plaintiff is advised that any amended complaint must be complete in itself, must bear the same case number, and must be labeled "First Amended Complaint." The amended complaint will supersede the prior complaint and must include all claims Plaintiff wishes to pursue in this action.
5. Plaintiff is further advised that if he wishes to dismiss or "remove" his federal claims and proceed only on state-law claims, he must do so within a proper amended complaint and understand that such an amendment may affect whether this Court retains jurisdiction over the case. The Court will address any request for remand, if appropriate, only after a proper amended complaint is filed.
6. If Plaintiff fails to comply with this Order by the deadline stated above—either by not selecting one of the three options set forth in the July 9, 2026 Screening Order or by failing to respond—the Court may recommend dismissal of this action for failure to prosecute and failure to comply with Court orders without further notice under Local Rule 110.

Dated: July 27, 2026

Helena M. Barch-Kuchta
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE